IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **09-cv-2990-AP**

**WILDEARTH GUARDIANS,**

Plaintiff,

v.

**KEN SALAZAR, in his capacity as Secretary, U.S. Department of Interior.,**

Defendant.

---

## ORDER

Kane, J.

A review of the file has shown that this case should not be on the AP Docket.  The

Clerk of the Court is directed to assign the case to a district judge by random draw.

Dated:  February 2, 2010

BY THE COURT:

*s/John L. Kane*
John L. Kane, Senior Judge
United States District Court